IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JON PAUL FRANCK,<br><br>　　　Plaintiff,<br><br>v.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC., and DOES 1-50,<br><br>　　　Defendants. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:19-cv-00061-RJS-JCB<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

　　　Having reviewed the parties' Stipulated Motion to Dismiss with Prejudice,[1] and for good cause appearing, the court GRANTS the Motion and orders all claims in this case DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and fees.  The Clerk of Court is directed to close this case.

　　　**SO ORDERED** this 9th day of November 2021.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 46.